p. 1

| Date | Pleading Number | |
|---|---|---|
| 10/6/72 | 1 | NISSAN MOTOR CORP. Motion and Brief of defendant Nissan to consolidate three actions in California pursuant to 28 USC §1407 Exhibits A,B,C,D & E |
| 10/16/72 | 1a | NISSAN MOTOR CORP. Certificate of service. |
| 10/24/72 | 2 | SCHARF response to motion w/brief and cert of service. (6 copies) |
| 10/24/72 | 3 | PDQ response to motion w/cert of service |
| 10/24/72 | | HEARING ORDER - Setting A-1 through A-3 , Wash. D.C., Nov. 29, 1972 Notified counsel, involved judges. |
| 11/2/72 | 4 | NISSAN MOTOR CORP. reply brief w/cert of service. |
| 11/9/72 | 5 | UNITED STATES, statement re: motions w/cert. of service. |
| 1/5/73 | | CONSENT OF JUDGE FULTON, FOR JUDGE C. CLYDE ATKINS to handle litigation in S.D. Florida pursuant to 28 U.S.C. §1407 |
| 1/5/73 | | OPINION AND ORDER consolidating litigation in S.D.Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 (A-2 and A-3) Distribution made |
| 5/21/74 | | ROBERT INGRAM, ET AL. V. NISSAN MOTOR CO., LTD., ET AL., N.D.CAL C-74-0874-SW -- CTO entered today. Notified counsel, involved judge |
| 6/3/74 | 6 | NOTICE OF OPPOSITION -- (Ingram) Corona Datsun, Fullerton Datsun & Garden Grove Datsun w/certificate of service |
| 6/3/74 | 7 | NOTICE OF OPPOSITION -- (Ingram) Daland Datsun, Inc., McCrea Datsun, Ukiah Datsun, Ray Cokeley Motors, Walnut Creek Datsun, Inc., Valley Imported Cars, Clyde Carbonneau Motors, Autopacific, Inc., and Bauer Auto Sales, Inc. w/certificate of service |
| 6/3/74 | 8 | NOTICE OF OPPOSITION -- Nissan Motor Corporation in U.S.A. |
| 6/3/74 | 9 | NOTICE OF OPPOSITION -- (Ingram) Anaheim Datsun, Arcadia Datsun, Atlantic Datsun, Barwick Imports, Inc., Bill Burch Datsun, Boyd Burch Datsun, Boyd Datsun, Canoga Datsun, Coast Datsun, Inc., Costa Mesa Datsun, Inc., Dot Datsun, Inc., Downey Datsun, Inc., Downtown L.A. Motors, Econo Datsun, Inc., Fontana Datsun, Foothill Datsun, G-B Imports, Glendale Datsun, Granada Datsun, Inc., Harbor Datsun, Inc., Heikes Oldsmobile-Cadillac-GMC, Inc., Hemet Datsun, Inc., Imperial Datsun, Inc., LeMans Datsun, Marshall Datsun, Inc., Gener McBride Datsun, Moon Datsun, Bob Nolan, Inc., Ontario Datsun, Inc., Virgil Oyler Motors, Inc., Page Datsun, Pomona Valley Datsun, Quality Datsun Imports, Sierra Motors, Sun Datsun, Ted Block Datsun, Toorance Datsun, Wally Tucker Datsun, Peter West Datsun, Westland Datsun, Williams Chrysler Plymout, Inc., Indio Datsun and Al Panio Datsun (w/certificate of service). |
| 6/3/74 | 10 | NOTICE OF OPPOSITION -- Berkeley Datsun. (w/certificate of service) |
| 6/5/74 | 11 | NOTICE OF OPPOSITION re Ingram, et al. v. Nissan, N.D. Cal., C-74-0874-SW (Ingram) PARK Morots, Inc., Finley Brothers, Daly City, Datson, Varsity Datsun, Inc., Rivera Motors, Ronell's, Hayward Datsun, Manteca Datsun, Merced Datsun, Thiel Motors Datsun, Mountain Winter Motor Co., Inc. Kendall Motor Co., Inc. San Jose Datsun, San Leandro Datsun, Kendall Motor Co., Inc. San Jose Datsun, San Leandro Datsun, Kendall Motor Co., Inc. of Seaside, Tahoe Valley Motors, Dave Hart Datsun, Central Motors Datsun, Inc. |

p. 2

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 6/6/74 | INGRAM V. NISSAN MOTOR CO., N.D.CAL., C-74-0874-SW ORDER STAYING CONDITIONAL TRANSFER ORDER -- Notified counsel involved judges. | |
| 6/7/74 | 12 NOTICE OF OPPOSITIOON. __ Branson Auto, Inc. | |
| 6/7/74 | (13) NOTICE OF OPPOSITION-- Miller Imports, Inc. Long Beach Datsun and Pasadena Datsun | |
| 6/10/74 | (14) NOTICE OF OPPOSITION -- Balboa Motors, Terry Allen Autos, Rogers & Rogers, Inc., Escondido Datsun, Surfside Datsun,, San Diego Datsun and Pacific Datsun, Inc | |
| 6/10/74 | (15) NOTICE OF OPPOSITION -- Novato Datsun, Inc. and Annex Motors, Inc. | |
| 6/13/74 | (16) NOTICE OF OPPOSITION -- San Jose Datsun | |
| 6/13/74 | INGRAM V. NISSAN MOTOR CO., N.D.CAL, C-74-0874-SW ORDER -- Vacating CTO of 6/21/74 entered in action. Notified counsel | |
| 6/17/74 | (17) MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (INGRAM) ANAHEIM DATSUN, ARCADIA DATSUN, ATLANTIC DATSUN BARWICK IMPORTS, BOYD DATSON CANOGA DATSUN, COAST DATSUN, COSTA MESA DATSUN, INC. DOT DATSUN, INC. DOWNEY DATSUN, INC., DOWNTOWN L.A. MOTORS., ECONO DATSUN, INC., FONTANA DATSUN, FOOTHILL DATSUN, G-B IMPORTS, GLENDALE DATSUN, GRANADA DATSUN, INC. HARBOR DATSUN, CADILLAC-GMS HEMET DATSUN, INC., IMPERIAL DATSUN, INC., INDIO DATSUN, LE MANS DATSUN, MARSHALL DATSUN, INC. GENE MCBRIDE DATSUN, MOON DATSUN, BOB NOLAN, INC., ONTARIO DATSUN, INC. PAGE DATSUN, PETER WEST DATSUN, AL PIANO DATSUN, POMONA VALLEY DATSUN, QUALITY DATSUN IMPORTS, SIERRA MOTORS, SUN DATSUN, TED BLOCK DATSUN, TORRANCE DATSUN, WILLIAMS CHRYSLER PLYMOUTH, INC., CORONA ND DATSUN, FULLERTON DATSUN, GARDEN GRAVE DATSUN REDLANDS DATSUN, SANTA BARBARA DATSUN, BILL BURCH DATSUN, MILLER IMPO INC., LONG BEACH DATSUN, PASADENA DATSUN, CHESTER PALMER DAT | |
| 6/18/74 | ROBERT INGRAM, ET AL. V. NISSAN MOTOR CO., LTD., ET AL., N.D.CAL C74-0874-SW<br>RICHARD JACKSON V. NISSAN MOTOR CO., N.D.ILL, 74C1478<br>STEPHEN REPLIN V. NISSAN MOTOR CO., D. COLO., 74-354<br>KAREN KLEINMAN V. NISSAN, D. CON., H74-131<br>RICHARD E. HITT V. NISSAN MOTOR CO., E.D. MO., 74-228 C(1)<br>SUPREME TITLE CO. V. NISSAN MOTOR CO., LTD., D.N.J., 74-605<br>JAMES F. NOVAK V. NISSAN MOTOR CO., D. N.MEX 74-212<br>GERALD W. EAKLES V. NISSAN MOTOR CO. nD. TEX., 4-74-112<br>SHOW CAUSE ORDER entered today. Notified counsel, involved judges. | |
| 6/19/74 | (18) RAY COKELY MOTORS, DALAND DATSUN, MCCREA DATSUN, WALNUT CREEK DATSUN, INC. UKIAH DATSUN, VALLEY IMPORTED CARS, CLYDE CARBONNEAU MOTORS, AUTO PACIFIC, INC., BAUER AUTO SALES, INC. AND NEVADA COUNTY IMPORTS Motion and Brief to vacate Ingram CTO. | |
| 6/25/74 | (19) REQUEST FOR EXTENSION - from defendant-dealers represented by the law firms of Lillick, McHose, Wheat, Adams & Charles, Los Angeles and Steptoe & Johnson, Washington for an extension of time to file and serve response to Show Cause Order -- GRANTED to Aug. 9, 1974 to all -- Notified counsel | |
| 6/24/74 | (20) MOTION AND BRIEF TO VACATE CTO (INGRAM) filed by defendants Annex Motors and Novato Datsun Inc. w/cert. of service. | |



| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 7/8/74 | ~~EDWARD J. WILSON'S SONS, INC., (Kleinman action) response to Show cause order~~ | |
| 7/15/74 | (13)A TURTLE MOTORS INC. response to motion | |
| 7/19/74 | 14A BENJAMIN E. WILSON, WILSON MOTORS AND FRANCES O. WILSON NOTICE OF OPPOSITION TO TRANSFER FOR CONSOLIDATION | |
| 7/24/74 | 15A ALL BRANDS AUTO SALES, INC. affidavit of Paul R. Bodrato, President | |
| 7/24/74 | 16A OXFORD MOTORS, affidavit of Lewis R. Schloss one of the partners | |
| 7/25/74 | 17A BOB SHARP LEASING, INC. response to show cause order w/cert. of service | |
| 7/26/74 | 18A SUMMERSET CAR WASH, INC. and SUMMERSET DATSUN ~~respox~~ affidavit and statement in opposition to transfer | |
| 7/30/74 | 19A AUTO IMPORTS OF MORRIS COUNTY, INC. affidavit in opposition to transfer | |
| 7/31/74 | 20A IDEAL OLDS INC. brief and affidavit regarding SCO | |
| 7/31/74 | 21A GRATZ DATSUN, INC. BRIEF AND AFFIDAVIT REGARDING SCO | |
| 8/2/74 | 22 DECORMIER MOTOR SALES, INC. response to motion | |
| 8/2/74 | 23b SILVER CITY AUTO SALES, INC. response to motion | |
| 8/5/74 | 24 INGRAM DEFENDANTS (N.D. Cal.) response to show cause order w/cert. of service. | |
| 8/7/74 | 25 COLORADO DEFENDANTS response to show cause order w/cert. of service | |
| 8/7/74 | 26 ANAHEIM DATSUN motion and brief to modify or vacate conditional | |
| 8/7/74 | transfer order w/cert. of service | |
| 8/8/74 | 27 FLETCHER LINCOLN MERCURY CORP. affidavit opposing transfer. | |
| 8/8/74 | 28 SOLOMON DODGE, INC., ED ROTH, IND AND ED ROTH & SONS AFFIDAVIT in opposition to transfer | |
| 8/9/74 | 29 RESPONSE -- New Mexico Defendants (Alamo Motorsport, Inc., Albuquerque, Datsun, Inc., Melloy Datsun, Inc., Valley Datsun Sales & Svc., B&B Auto Sales, Bender Olds-Cadillac, Inc., Erickson, Pontiac-Oldsmobile, Inc., Gallup Auto Sales, Inc., Clay Burkhart Motor Co., Carmean Motors, Lea County Motor Co., Goins Datsun Sales, Auto Trading Post, Inc., Mitchell Motor Co., w/certification of mailing. | |
| 8/9/74 | 30 RESPONSE -- Plaintiffs Jackson (Ill., N.), Novak (N.Mex.), Eakles (Tex., N.D.), Kleinman (Conn., D.), Replin (Colo.), Ingram (Cal., N.D.,), Supreme Title Co. (N.J.), and Hitt (Mo., E.D.), Jointly with certificate of service. | |
| 8/9/74 | 31 RESPONSE -- Defendants Tri-State Imports, Inc., Carmichael Datsun, Inc. Kelley Datsun-Volvo, Inc., Charlie Brown Imports, Inc., Howard's Datsun Motors, Inc., Charles Michael and Myron E. Michael d/b/a Michael Imports, Donald E. Thomas and Earl Thomas d/b/a Mid-Mo Datsun, North County Imports and deBrecht Imports, Ltd., Jointly w/certificate of service. | |
| 8/9/74 | 32 RESPONSE -- Berry Datsun, Inc., Car City Datsun, Inc., Julian's Motors, Inc., Kingman Datsun, Inc., Rich Motors, Jim Smith Datsun, Inc., Tri-City Datsun, Inc., & Hill Datsun, Inc w/certicicate of service. | |
| 8/9/74 | 33 RESPONSE/LTR -- 20th Century Motors, Inc., a New Jersey dealer with statement of service to "all attys. known to date." | |
| 8/9/74 | 34 LTR/JOINDER IN BRIEF -- Tom O'Brien, Inc. (N.J. Case) | |
| | 35 FILED BY DEFENDANT -- Marmac Chrysler-Plymouth, Inc., t/a Marmac | |
| | 36 NISSAN and Martin Chrysler-Plymouth, Inc., t/a Gundaker Datsun (N.J. Case) | |
| | 36 -- Bristol Motors, Inc. (N.J. Case) | |
| | 37 -- Paul Jaskowski, Mary Jaskowski, Ind., and as co-partners t/a/ Acme Datsun. | |

| Date | Pleading Number | |
|---|---|---|
| 8/9/74 | 38 | BRIEF & AFFIDAVIT -- Bauer Auto Sales, Inc., Clyde Carbonneau Motors, Daland Datsun, Nevada County Imports, McCrea Datsun, Inc., Ray Cokeley Motors, Ukiah Datsun, Vallejo Datsun, Valley Imported Cars, Walnut Creek Datsun, and Autopacific, Inc. w/certificate of service and exhibit. |
| 8/9/74 | 39 | RESPONSE -- Arlington Datsun, Inc., B&M Motors, Bankston Datsun in Irving, Inc., Birge Motor Co., Brson Auto Center, Dotsun Datsun, Inc., Dupriest Datsun, Inc., Earl Hughes Datsun, Inc., Ed. Hicks Datsun, Fiels Motor Co. of Texas, Inc., Fullers Motor Co., Galley Datsun, Import Motors, Inc., Isenhour Service Ctr., Inc., Jack Long Motors, Jordan Motor Co., Inc., Northeast Datsun, Pete Mankins Pontiac, Inc., Sam Moser Motors, Smith Datsun, The Calbach Co., Inc., The New Datsun Co., Inc., Trophy Datsun, Yokem Datsun, and Younger Motors, Inc. w/certificate of service. |
| /12/74 | 40 | AFFIDAVIT -- Carmen Della Vecchia, President of C & M Motors, Inc., (N.J. Case) |
| 8/12/74 | 41 | AFFIDAVIT -- Philip Hornung, Ind. and t/a Hornung Automotive Sales & Service (N.J. Case) |
| 8/12/74 | 42 | OBJECTIONS TO TRANSFER -- Balch Pontiac-Buick, Inc. d/b/a Country-Boy Datsun (Conn. Case) |
| 8/12/74 | 43 | LTR/REQUEST TO ACCEPT RESPONSE FOR FILING -- by San Jose Datsun (GRANTED) |
| 8/12/74 | 43 | RESPONSE -- San Jose Datsun w/counsel service list |
| 8/12/74 | 44 | RESPONSE -- Stigall Motors, Inc. w/certidicate of service |
| 8/12/74 | 45 | LTR/JOINDER IN BRIEF OF NISSAN -- by Henriksen Motors, Inc. (N.J. Case) |
| 8/12/74 | 46 | RESPONSE -- Barrington Motor Sales & Svc., Inc., Bird Motor Co., Tony Piet Motor Sales, Inc. Henry Susk (etc.), Datsun Mannheim Motors, Inc., Borg Pontiac, Inc. (etc.) Ernie McKay, Inc., Kickert Datsun, Inc., Highland Park Datsun, Inc., Town & Country Import Cars, Inc., Marc Terry Motor Co., Inc., Sondag Datsun, Inc., Dan Miller Motor, Inc., Schmidt Motor Sales, Inc. w/certificate of service. |
| 8/12/74 | 47 | JOINDER IN BRIEF OF NISSAN -- Solomon Dodge, Inc., Ed. Roth, Inc., and Ed Roth & So., Inc. |
| 8/13/74 | 48 | BRIEF OF DEFENDANT BERKELEY DATSUN w/affidavit of Lloyd A. Wise responding to SCO w/certificate of service |
| 8/13/74 | 49 | RESPONSE -- Camino Datsun, Forrest Datsun, Santa Cruz Datsun and Downtwon Datsun w/certificate of service. |
| 8/14/74 | 50 | EXTENSION OF TIME granted to Nissan Motor Corp. to & incl. 8/16/74 for filing response to SCO. |
| 8/14/74 | 51. | RESPONSE -- Nissan Motor Corporation in U.S.A. w/two exhibits, schedule of cases, affidavits of David Toy and Hiroshi Ariga and certificate of service. |
| 8/14/74 | 52 | JOINDER IN BRIEF OF NISSAN -- Fritz BMW & Datsun(N.J. case)(adopts brief of Nissan filed by N.J. counsel |
| 8/14/74 | 53 | JOINDER IN BRIEF OF NISSAN -- Arrel Datsun, Inc. (N.J. case) |
| 8/14/74 | 54 | JOINDER IN BRIEF OF NISSAN -- Labriola Motors, Inc. (N.J. case) |
| 8/22/74 | 55 | BRIEF -- Universal City Datsun, Inc. Gillijan Motors, Inc. opposing transfer of Ingram action w/cert. of service |
| 8/23/74 | 56 | ADDITIONAL RESPONSE James Novak and Gloria Novak (New Mexico) |
| 8/30/74 | | HEARING ORDER -- Setting B-1 through B-8 for hearing in Boston, Mass Sep. 27, 1974 |
| 8/29/74 | 57 | RESPONSE -- PDQINC. OF MIAMI, and ARTHUR SCHARF w/cert. of service |
| 9/10/74 | 58 | RESPONSE -- GALESBURG DATSUN, INC. w/cert. of service |
| 9/12/74 | 59 | RESPONSE -- Louisiana Dealer Defendants w/cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 9/13/74 | | ORDER -- Amending Show Cause Order of June 18, 1974 and Hearing Order of August 30, 1974 to add the following action Cynthia Riley, et al. v. Nissan Motor Co., Ltd., E.D. La., 74-2009 Notified counsel, involved judges. |
| 9/23/74 | | Letter from counsel for Cynthia Riley adopting response of plaintiffs response in California, Illinois, Colorado, Connecticut, Missouri, New Jersey, New MExico and Texas w/service indicated. |
| 10/2/74 | 60 | SILVER CITY DATSUN joining in response filed by other New Mexico defendants |
| 10/4/74 | 61 | 20th CENTURY MOTORS, INC. affidavit |
| 10/10/74 | | CTO ENTERED -- (D-1) P.D.Q., Inc. of Miami & Arthur Scharf v. Nissan Motor Co., Ltd., N.J., CA No. 74-1055. Notified counsel and involved judges. Special counsel of Elliott Yampell, Esq., and firm of Young, Rose & Millspaugh served with copies of CTO. Also Sager & Burns |
| 11/?/74 | | PDQ Inc. of Miami et al. v. NISSAN , D. N.J., 74-1055 CTO final today. Notified clerks , involved judges. |
| 12/10/74 | | INGRAM V.NISSAN, N.D. CAL., C-74-0874 |
| | | JACKSON V. NISSAN, ET ALL., N.D. ILLINOIS, 74C1478 |
| | | SANDERSON V. NISSAN, ET AL., D. COLO, 74-354 |
| | | KLEINMAN V. NISSAN, ET AL., D. CONN., H74-131 |
| | | HITT V. NISSAN, E.D. MO., 74-228C(1) |
| | | SUPREME TITLE CO. V. NISSAN, ET AL., D. N.JER, 74-605 |
| | | NOVAK V. NISSAN MOTOR CO., D. NMEX., 74-212 |
| | | EAKLESV. NISSAN, N.D.TEXAS, 4-74-112 |
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| | | CYNTHIA RILEY, ET AL. V. NISSAN,ET AL., E.D. LA., 74-2009 OPINION AND ORDER transferring actions to the S.D. Florida pursuant to 28 U.S.C. §1407 for assignment to Judge Atkins. |
| 12/20/74 | | David Chesler, etc. v. Nissan Motor Co., Ltd., et al. Minn, 4-74-391 -- CTO entered today. Notified counsel, involved judges/ |
| 1/6/75 | | David Chesler, etc. v. Nissan Motor Co., Ltd., et al., Minn., 4-74-391 CTO final today. Notified transferee clerk, judge, transferor clerk, judge |
| 4/17/75 | | BRUCE A. RAIKEN V. NISSAN, E.D.PA. c.A. NO. 75-989 CTO filed today. Notified counsel, involved judges. |
| 5/2/75 | | BRUCE A. RAIKEN V. NISSAN, E.D.PA., C.A. NO. 75-989 CTO Final today. Notified clerks, involved judges. |
| 7/17/75 | | LYMAN V. NISSAN, ET AL., D. ARIZ., CIV 75-404-PHX-WPC |
| | | CLOUGH V. NISSAN, ET AL., D. ORG., 75-644 |
| | | IGNACIO D. VALDEZ V. NISSAN, ET AL., D. KAN, 75-146-C5 |
| | | BETTY HORWITZ V. NISSAN, S.D.OHIO, C-1-75-203 |
| | | CONDITIONAL TRANSFER ORDERS filed today. Notified Counsel Involved Judges. |
| 8/1/75 | | LEWIS LYMAN V. NISSAN MOTOR CO., ET AL., D.ARIZ, 75-404-PHX-WPC |
| | | VALDEZ, ET AL. V. NISSAN MOTOR CO. LTD., ET AL., D.KAN., 75-146-C5 |
| | | BETTY HORWITZ V. NISSAN MOTOR CO. LTD., S.D.OHIO C-1-203 |
| | | JOHN H. CLOUGH V. NISSAN MOTOR CO., LTD., D. ORG., 75-644 |
| | | NOTICE OF OPPOSITION -- Defendant Nissan in each action -- CTOs automatically stayed. Notified counsel, involved judges. |
| 8/8/75 | | NORMA J. LEWIS V. NISSAN, D. NEBR., 750-295 |
| | | PAMELA PEFFER V. NISSAN, D. KAN, 75-129-C2 |
| | | CTOs filed today. Notified counsel, involved judges |
| 8/13/75 | 62 | MOTION AND BRIEF TO VACATE FOUR CTOs- NISSAN MOTOR CO. LTD. |
| 8/13/75 | | WAIVER OF ORAL ARGUMENT -- Nissan Motor Co. |

P. 6.

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8/25/75 | NOTICE OF OPPOSITION -- NISSAN MOTOR CO., LTD. ET AL. (Norma J. Lewis etc. v. Nissan and Pamela Peffer, v. Nissan) w/cert. of service LETTER ALSO AMENDS NISSAN'S MOTION AND BRIEF (filed 8/13/75) to VACATE 4 other CTO's to include these two actions. | |
| 8/25/75 | 63 PLAINTIFFS (10) IN THE CONSOLIDATED ACTIONS -- Memo in Opposition to Nissan Motor Co. Ltd. Motion to Vacate w/cert. of service | |
| 8/27/75 | ~~MERXAXXXXXXEWXXXXXETXXXXXXMXXXAMXXRTXXXXXXXXXTXXXXXX~~ Norma J. Lewis v. Nissan Motor Co. D. N.J., 75-1412 CTO filed ~~dx~~ today. Notified counsel, involved judges | |
| 9/4/75 | WITHDRAWAL OF OPPOSITION -- Defendant Nissan to July 17 and Aug 8 CTOs | |
| 9/4/75 | ORDER -- Directig that stay be lifted from July 17 and Aug 8 CTO and that actions be transferred to the S.D. Floridafor coordinated or consolidated pretril proceedings pursuant to 28 U.S.C. §1407 | |
| 9/4/75 | LEWIS LYMAN V. NISSAN, D. ARIZ., 75-404-PHX-WPC<br>CLOUGH, V. NISSAN, D. OREGON, 75-644<br>VALDEZ, ETC. V. NISSAN MOTOR CO., D. Kan., 75-146-C5<br>HORWITZ v. NISSAN, S.D. Ohio, C-1-75-203<br>LEWIS V. NISSAN, D. NEBR,, 750-295<br>PEFFER V. NISSAN, D. KANSAS, 75-129-C5<br>CTOs final today. Notified clerks, involved judges | |
| 9/4/75 | 64 PLAINTIFFS LYMANs response to motion. | |
| 9/9/75 | FRANKLIN B. PLUMLEY V. NISSAN MOTOR CO., LTD., ET AL. W.D.OKLA, Civ 75-0677-D CTO filed today. Notified counsel, involved judges | |
| 9/11/75 | NORMA J. LEWIS, ETC. V. NISSAN, D. N.J., 75-1412 CTO final today. Notified ~~xxxxx~~ clerk, involved judges/ | |
| 9/11/75 | BETTY HORWITZ V. NISSAN MOTOR CO. ET AL.D. NEW JERSEY 75-1458 CTO filed today. Notified counsel and involved judges | |
| ~~XXXXXXXX~~ | ~~NORMAXXXXXXEWXXXXXXXXNXXXAMXXXXXXXXXXXXXXXXX~~ | |
| 9/26/75 | BETTY HORWITZ V. NISSAN MOTOR CO., D. N.J., 75-1458<br>Franklin b. plumley v. nissan, w.d. okla, Civ. 75-0677-D<br>CTOs final today. Notified ~~xxxx~~ judges, involved clerks | |
| 6/8/76 | E-1 THOMAS G. MOONEY, ETC. V. NISSAN MOTOR CO., LTD., ET AL., W.D. KENTUCKY, C-76-0214-L(B) -- CTO filed today. Notified counsel involved judges. | |
| 6/24/76 | NOTICE OF OPPOSITION -- E-1 from Defendant WARREN PROCTOR | |
| 7/16/76 | ~~XXXXXXXXXXXXXXXXXX~~ WITHDRAWAL OF OPPOSITION -- E-1 Defendant WARREN PROCTOR | |
| 7/16/76 | ORDER -- lifting Staty of E-1 Thomas G. Mooney, etc. v. Nissan and trasferring action to S.D. Florida | |

See page 7

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12/1/76 | LETTER FROM JUDGE ATKINS REQUESTING REMAND PURSUANT TO 28 U.S.C. §1407 and RULE 11, RPJPML | |
| 12-1-76 | D-1 PDQ of Miami and Arthur Scharf v. Nissan, et al., 74-1543-Civ-CA | |
| | A-3 Arthur Scharf, etc. v. Nissan, 73-121-Civ-CA | |
| | B-5 Richard Hitt, etc. v. Nissan, et al., 74-1647-Civ-CA | |
| | B-7 Supreme Title Co., etc. v. Nissan, et al., 74-1652-Civ-CA | |
| | B-8 James F. Novak, et ux. v. Nissan, et al., 74-1671-Civ-CA | |
| | B-6 Gerald W. Eakles, etc. v. Nissan, et al., 74-1697-Civ-CA | |
| | B-1 Robert Ingram, et al. v. Nissan, et al., 74-1698-Civ-CA | |
| | C-1 Cynthia Riley, et al. v. Nissan, et al., 75-3-Civ-CA | |
| | B-3 James W. Sanderson, et al. v. Nissan, et al., 75-8-Civ-CA | |
| | B-4 Karen Kleinman, etc. v. Nissan, et al., 75-13-Civ-CA | |
| | B-2 Richard Jackson, etc. v. Nissan, et al, 75-15-Civ-CA | |
| | D-2 David Chesler v. Nissan, et al., 75-61-Civ-CA | |
| | D-3 Bruce A. Raiken, etc. v. Nissan, et al., 75-891-Civ-CA | |
| | D-4 Lewis Lyman, etc. v. Nissan, et al., 75-1955-Civ-CA | |
| | D-5 John N. Clough v. Nissan, et al., 75-1974-Civ-CA | |
| | D-6 Ignacio D. Valdez, etc. v. Nissan, et al., 75-1975-Civ-CA | |
| | D-8 Norma J. Lewis, etc. v. Nissan, et al. 75-1998-Civ-CA | |
| | D-9 Pamela Peffer v. Nissan, et al., 75-1964-Civ-CA | |
| | D-10 Norma J. Lewis, etc., et al. v. Nissan, et al., 75-2080-Civ-CA | |
| | D-12 Betty Horwitz v. Nissan Motor, 75-2202-Civ-CA | |
| | D-11 Franklin B. Plumley v. Nissan, et al., 75-2145-Civ-CA | |
| | D-7 Betty Horwitz v. Nissan, et al, 75-2146-Civ-CA | |
| | E-1 Thomas G. Mooney, etc. v. Nissan, et al., 76-1268-Civ-CA | |
| | (23) CONDITIONAL REMAND ORDERS FILED TODAY. NOTIFIED COUNSEL, INVOLVED JUDGE | |
| 12/1/76 | E-1 Thomas G. Mooney, etc. v. Nissan, et al., 76-1268-Civ-CA CORRECTION ORDER corredting Remand District to Read Western District of Kentucky. Notified counsel, involved judge. | |
| 12/13/76 | B-5 RICHARD HITT V. NISSAN, 74-1647-Civ-CA | |
| | B-7 SUPREME TITLE CO. V. NISSAN, 74-1652-Civ-CA | |
| | B-8 JAMES NOVAK V. NISSAN, 74-1671-Civ-CA | |
| | B-1 ROBERT INGRAM, ET AL. V. NISSAN, 74-1697-Civ-CA | |
| | C-1 CYNTHIA RILEY, V. NISSAN, 75-3-Civ-CA | |
| | B-3 JAMES W. SANDERSON V. NISSAN, 75-8-Civ-CA | |
| | B-4 KAREN KLEINMAN V. NISSAN, 75-13-Civ-CA | |
| | B-2 RICHARD JACKSON v. NISSAN, 75-15-Civ-CA | |
| | D-2 DAVID CHESLER V. NISSAN, 75-61-Civ-CA | |
| D-4 | LEWIS LYMAN v. NISSAN, 75-1955-Civ.-CA | |
| | D-6 IGNACIO D. VALDEZ V. NISSAN, 75-1975-Civ-CA | |
| | D-9 PAMELA PEFFER V. NISSAN, 75-1964-Civ-CA | |
| | NOTICE OF OPPOSTION TO CROs -- PLAINTIFFS -- CRO's stayed. Notified counsel, involved judge | |

page 8

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORP. ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/14/76 | | B-5 Richard Hitt, etc. v. Nissan Motor Co., Ltd., et al. 74-1647-Civ-CA |
| | | B-8 James F. Novak, et ux v. Nissan Motor Co., Ltd., et al. 74-1671-Civ-CA |
| | | B-7 Supreme Title Co., etc. v. Nissan Motor Co., Ltd., et al 74-1652-Civ-C |
| | | B-6 Gerald W. Eakles, etc. v. Nissan Motor Co., Ltd., et al. 74-1697-Civ-C |
| | | B-1 Robert Ingram, et al. v. Nissan Motor Co., et al. 74-1698-Civ-CA |
| | | C-1 Cynthia Riley, et al. v. Nissan Motor Co., et al. 75-3-Civ-CA |
| | | B-3 James W. Sanderson, et al. v. Nissan Motor Co., et al. 75-8-Civ-CA |
| | | B-4 Karen M. Kleinman, etc. v. Nissan Motor Co., Ltd., et al. 75-13-Civ-CA |
| | | B-2 Richard Jackson, etc. v. Nissan Motor Co., Ltd., et al. 75-15-Civ-CA |
| | | D-2 David Chesler v. Nissan Motor Co., Ltd., et al. 75-61-Civ-CA |
| | | JUDGE C. CLYDE ATKINS ltr. of Dec. 9, 1976 withdrawing suggestion of remand for above actions |
| | | ORDER -- VACATING above CONDITIONAL REMAND ORDERS notified counsel involved judge. |
| 12/15/76 | | D-5 Clough v. Nissan, S.D.Fla., 75-1974-Civ-CA |
| | | D-8 Lewis v. Nissan, S.D. Fla, 75-1998-Civ-CA |
| | | D-10 Lewis v. Nissan, S.D.Fla., 75-2080-Civ-CA |
| | | D-11 Plumley v. Nissan, S.D. Fla. 75-2145-Civ-CA |
| | | D-7 Horwitz v. Nissan, S.D.Fla., 75-2145-Civ-CA |
| | | D-12 Horwitz v. Nissan, S.D.Fla., 75-2202-Civ-CA |
| | | NOTICE OF OPPOSITION -- Plaintiff -- CROs automatically stayed |
| | | Notified counsel, involved judges |
| 12/16/76 | | A-3 Arthur Scharf, etc. v. Nissan Motor Cor., S.D. Fla., 73-121-Civ-CA |
| | | D-1 PDQ of Miami and Arthur Scharf v. Nissan, et al., S.D. Fla., C.A. No. 74-1543-Civ-CA |
| | | NOTICE OF OPPOSITION -- Plaintiffs -- CRO automatically stayed |
| | | Notified counsel, involved judge |
| 12/16/76 | | D-3 Bruce Raiken, etc. v. Nissan Motor Co., et al., S.D.Fla., 75-891-Civ-C |
| | | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- Plaintiffs CRO automatically stayed -- Notified counsel, involved judge |
| XXXXXXX | | |
| 12/20/76 | | NOTICE OF OPPOSITION -- LIAISON COUNSEL FOR DEALER DEFENDANTS, B-5, B-8, B-7, B-6, B-1, C-1, XXX B-3, B-4, B-2, D-2 |
| 12/20/76 | 65 | ROBERT INGRAM, ET AL. V. NISSAN MOTOR CO., ET AL., S.D.FLA. 74-1697-Civ-CA |
| | | MOTION OF CERTAIN DEALER DEFENDANTS TO BE EXCLUDED FROM REMAND IN THE B-1 INGRAM action. |
| 12/20/76 | | E-1 THOMAS G. MOONEY, ETC. V. NISSAN MOTOR CO., LTD., ET AL., S.D. FLA., 76-1268 -- NOTICE OF OPPOSITION TO REMAND -- PLAINTIFF |
| 12/27/76 | 66 | MOTION, BRIEF TO VACATE CRO. FROM PLAINTIFFS LYMAN, VALDEZ AND PEFFER |
| 12/29/76 | 67 | MOTION, BRIEF TO VACATE CRO FROM PLAINTIFFS D-5 CLOUGH, D-8 LEWIS, D-10 LEWIS, D-11 PLUMLEY, D-7 HORWITZ, D-12-HORWITZ w/cert of service |

Opinion & Order 12/10/74 385 F Supp 1253

DOCKET NO. 120 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Settled 5/24/82

Description of Litigation

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORP. ANTITRUST LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 11/29/72 9/27/74

Date(s) of Opinion(s) or Order(s) 1/5/73 352 F. Supp. 960

Consolidation Ordered ✓ Name of Transferee Judge C Clyde Atkins

Consolidation Denied ____ Transferee District S. D. Florida

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ~~A-1~~ | ~~United States of America v. Nissan Motor Corp.~~ | N.D.CAL. Schnacke | C-72-1212-RHS | DO | NOT | INCLUDE settled | |
| A-2 | B.D.Q. Inc. of Miami v. Nissan Motor Corp. | S.D.FLA. Atkins | 72-1159-Civ-CA | NTN | | | 11/76 |
| A-3 | Arthur Scharf, etc. v. Nissan Motor Corp. | S.D.N.Y. TENNEY | 72 Civ. 3096 | 1/5/73 | 73-121 ✓ | settled 5/24/82 | 1/17/73 |
| B-1 | Robert Ingram, et al. v. Nissan Motor Co., et al. 5/31/74 ~~Vacated 6/13/74~~ | N.D. Cal Williams | C 74 874-SW | 12/10/74 | 74-1698 ✓ | settled 5/24/82 | SCO 6/18/74 |
| | | | | 12/10/74 | 75-15 ✓ | settled 5/24/82 | " |
| B-2 | Richard Jackson, etc. v. Nissan Motor Co., Ltd., etal. | N.D. Ill Marovitz | 74C 1478 | | | | |
| B-3 | James W. Sanderson, et al. ~~Stephen Replin, et al.~~ v. Nissan Motor Co., Ltd., et al. | D. Colo Winner | 74-354-W | 12/10/74 | 75-8 ✓ | settled 5/24/82 | " |
| B-4 | Karen M. Kleinman, etc. v. Nissan Motor Co., Ltd., et al. | D. Conn Blumenfeld | H74-131 | 12/10/74 | 75-13 ✓ | settled 5/24/82 | " |
| B-5 | Richard E. Hitt, etc. v. Nissan Motor Co., Ltd., etal. | E.D.Mo. Meredith | 74-228 C (1) | 12/10/74 | 74-1647 ✓ | settled 5/24/82 | " |
| B-6 | Gerald W. Eakles, etc. v. Nissan Motor Co., Ltd., et al. | N.D. Tex | 4-74-112 | 12/10/74 | 74-1699 ✓ | settled 5/24/82 | " |
| B-7 | Supreme Title Co., etc. v. Nissan Motor Co., Ltd., et al. | D. N.Jer Fisher | 74-605 | 12/10/74 | 74-1652 ✓ | settled 5/24/82 | |

CRO filed 12/1/76 ✓ CRO's vacated B-5, B-7, B-8, B-6, B-1, C-1, B-3, B-2, B-4, D-2

DOCKET NO. 120 (CONTINUED) PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-8 | James F. Novak, et ux v. Nissan Motor Co., Ltd., et al. | D. N.Mex Mecham | Civ 74-212 | 12/10/74 | 74-1671 | settled 5/24/82 | |
| C-1 | Cynthia Riley, et al. v. Nissan Motor Co., et al. | E.D.La Judge Heebe | 74-2009-Sec B | 12/10/74 | 75-3 | settled 5/24/82 | SCO 9/12/74 |
| D-1 | PDQ of Miami and Arthur Scharf v. Nissan Motor Co. 10/10/74 | D.N.J. Biunno | 74-1055 | 11/8/74 | 74-1575 | settled 1978 | |
| D-2 | David Chesler v. Nissan Motor Co. Ltd., et al. 12/6/74 | D.Minn | 4-74-391 | 1/6/75 | 75-61 | settled 5/24/82 | |
| D-3 | Bruce A. Raiken, etc. v. Nissan Motor Co., Ltd., et al. 4/17/75 | E.D.Pa. | 75-989 | 5/2/75 | 75-891 | settled 5/24/82 | |
| D-4 | Lewis Lyman, etc. v. Nissan Motor Co., Ltd., et al. 7/17/75 OPPOSED | D. Ariz. Copple | Civ 75-404-phx-WPC | 9/4/75 | 75-1955 | settled 5/24/82 | |
| D-5 | John N. Clough v. Nissan Motor Co. Ltd. and Nissan Motor Corp. OPPOSED 7/17/75 | D. Org | 75-644 | 9/4/75 | 75-1971 | 4/1979 | |
| D-6 | Ignacio D. Valdez, etc. v. Nissan Motor Co., Ltd. and Nissan Motor Corp. 7/17/75 OPPOSED | D. Kansas Templar | 75-146-C5 | 9/4/75 | 75-1972 | settled 5/24/82 | |
| D-7 | Betty Horwitz v. Nissan Motor Co., Ltd. 7/17/75 OPPOSED | S.D.Ohio Porter | C-1-75-203 | 9/4/75 | 75-2140 | Apr 1979 | |
| D-8 | Norma J. Lewis, etc. v. Nissan Motor Co., Ltd., et al. 8/8/75 | D. Nebr. | 750-295 | 9/4/75 | 75-1993 | Apr 1979 | |
| D-9 | Pamela Peffer v. Nissan Motor Co., Ltd., et al. 8/8/75 | D. Kansas [illegible] | 75-129-C2 | 9/4/75 | 75-1964 | settled 5/24/82 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-10 XX | Norma J. Lewis, etc., et al. v. Nissan Motor Co., Ltd., et al. 8/27/75 | D. N.J. | 75-1412 | 9/11/75 | 75-2080 ✓ | settled 5/24/82 | |
| D-11 XX | Franklin B. Plumley v. Nissan Motor Co., et al. 9/9/75 | W.D. Ok | Civ 75-0677 | 9/26/75 | 75-2145 ✓ | Apr 1979 settled | |
| D-12 XX | Betty Horwitz v. Nissan Motor Co., and Nissan Motor Corp., in U.S.A. 9/ /75 | D. New Jersey LACEY | 75-1458 | 9/26/75 | 75-2203 ✓ | settled 5/24/82 | |
| E-1 XX | Thomas G. Mooney, etc. v. Nissan Motor Co., Ltd., et al. 6/8/76 | W.D.KY | C-76-0214-L (B) | 7/16/76 | 76-1268 | | |

July 1976 — 20 Tr, 1 XX2, 23 Pending

July 1977 — 23 Tr, 1 XX2, 24 Pdg

July 1978 — 1 Appeal, 23 pending

July 1979 — 23 TR/1-XX2/5 DIS/19 Pdg.

July 1980 — Same

July 1981 Same

July 1982 Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORP. ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS<br>Fredric B. Burns, Esq.<br>Sager & Burns<br>Bank of Kendall, Ste.300<br>8603 S. Dixie Highway<br>Miami, Florida 33143<br><br>Granvil I. Specks, Esq.<br>Specks & Goldberg<br>120 S. LaSalle Street<br>Chicago, Illinois 60603 | LIAISON COUNSEL FOR DEFENDANTS<br>Morris F. Kline, Esq.<br>Blackwell, Walker, Gray, Powers Flick and Hoel<br>First Federal Building<br>100 North East First Ave.<br>Miami, Florida 33132<br><br>NISSAN MOTOR CO. LTD.<br>NISSAN MOTOR CORP. U.S.A.<br>John P. Lynch, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br><br>DEFENDANT DEALERS<br>Harry L. Arkin, Esquire<br>1310 Western Federal Savings Bldg.<br>Denver, Colorado 80202 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS<br>Fredric B. Burns, Esquire<br>Sager & Burns<br>Suite 300<br>Bank of Kendall<br>8603 S. Dixie Highway<br>Miami, Florida 33143 | LIAISON COUNSEL FOR DEFENDANTS<br>Morris F. Kline, Esquire<br>Blackwell, Walker, Gray, Powers, Flick and Hoel<br>First Federal Building<br>100 North East First Avenue<br>Miami, Florida 33132 |
| LEWIS LYMAN (D-4)<br>Arthur J. Davich, Esquire<br>Gerald A. Pollock, Esquire<br>Davich & Pollock<br>2214 N. Central Avenue<br>Suite 108<br>Phoenix, Arizona 85004 | D-4 Defendants Dealers<br>MULLINS MOTOR CO.<br>STALLINGS MOTORS INC.<br>WENDELL L. NORTON<br>KINSEL DATSUN, INC.<br>BILL EDEL MOTORS, INC.<br>WEST VALLEY DATSUN<br>ABC DATSUN<br>ORV ROWLEY MOTOR SALES, INC.<br>SMITH MESA DATSUN<br>THOROUGHBRED CARS, INC.<br>DELBERT MOTES |
| JOHN H. CLOUGH (D-5)<br>IGNACIO D. VALDEZ (D-6)<br>BETTY HORWITZ (D-7)<br>NORMA J. LEWIS, ETC. (D-8) (D-10)<br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter<br>1320 Grant Building<br>Pittsburgh, Penna. 15219 | SCOTTSDALE DATSUN<br>FLAGSTAFF DATSUN, INC.<br>Harry L. Arkin, Esquire<br>1310 Western Federal Savings Bldg.<br>Denver, Colorado 80202 |
| PAMELA PEFFER (D-9)<br>Joe L. Norton, Esquire<br>Breyfogle, Gardner, Martin David & Kreamer<br>Court Square Building<br>110 South Cherry<br>Olathe, Kansas 60611 | |
| PLAINTIFFS IN CONSOLIDATED CASES<br>Re: (D-4 -- D-9)<br>Granvil I. Specks, Esq.<br>Specks & Goldberg<br>120 South LaSalle Street<br>Chicago, Illinois 60603 | Hall Motors Datsuns<br>Mr. Gene R. Hall<br>p.O. Box 686<br>Sholow, Arizona<br><br>Marcher Motors, Inc.<br>Mr. Dale C. Hancock<br>Buchman Acres<br>Winslow, Arizona<br><br>Yuma Datsun, Inc.<br>M |

D-4
D-10

Revised: July 16, 1974

120 APP

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

P.D.Q. INC. OF MIAMI (A-2) &(D-1)
Seymour Kurland, Esquire
Wolf, Block, Schorr & Solis-Cohen
12th Floor, Packard Building
Philadelphia, Pennsylvania 19102

ARTHUR SCHARF, ETC. (A-3)
Bobroff, Olonoff & Scharf
122 East 42nd Street
New York, New York 10017

ROBERT INGRAM, ET AL. (B-1)
Albert E. Levy, Esquire
Goldstein, Barceloux & Goldstein
The Hartford Bldg., 33rd Floor
650 California Street
San Francisco, California 94108

RICHARD JACKSON, ET AL. (B-2)
Granvil I. Specks, Esquire
Specks & Goldberg, Ltd.
120 S. LaSalle St., Rm. 820
Chicago, Illinois 60603

STEPHEN REPLIN, ET AL. (B-3)
Richard M. Kranzler, Esquire
1321 Bannock Street
Denver, Colorado 80204

KAREN M. KLEINMAN, ETC. (B-4)
Norris L. O'Neill, Esquire
Kleinman, O'Neill, Steinberg & Lapuk
99 Pratt Street
Hartford, Connecticut 06103

RICHARD E. HITT, INC. (B-5)
Eugene Portman, Esquire
Portman & Portman
2150 Railway Exchange Bldg.
611 Olive Street
St. Louis, Missouri 63101

GERALD W. EAKLES, ETC. (B-6)
~~Hershel R. Payne, Esquire~~
~~Hudson, Keltner, Smith & Cunningham~~
~~1905 Continental Life Bldg.~~
Fort Worth, Texas 76102

SUPREME TITLE COMPANY, ETC. (B-7)
Morton S. Bunis, Esquire
Sills, Beck, Cummis, Radin & Tischman
33 Washington Street
Newark, New Jersey 07102

JAMES F. NOVAK, ET UX. (B-8)
Zenon F. Myskowski, Esquire
Marchiondo & Berry, P.A.
315 Fifth Street, N.W.
Post Office Box 568
Albuerque, New Mexico

Nissan Motor Co.
NISSAN MOTOR CORP. IN U.S.A.
David Brice Toy, Esquire
Ms. Pamela Ann Rymer
Lillick, McHose, Wheat, Adams & Charles
611 West Sixth Street, 28th Floor
Los Angeles, California 90017

CYNTHIA RILEY, ET AL. (C-1)
Bruce C. Walzer, Esquire
335 Decatur
New Orleans, Louisiana 70130

ANAHEIM DATSUN
ARCADIA DATSUN
ATLANTIC DATSUN
BARWICK IMPORTS, INC.
BILL BURCH DATSUN
BOYD DATSUN
CANOGA DATSUN
COAST DATSUN, INC.
COSTA MESA DATSUN, INC.
DOT DATSUN, INC.
DOWNEY DATSUN, INC.
DOWNTOWN L.A. MOTORS
ECONO DATSYN, INC.
FONTANA DATSUN
FOOTHILL DATSUN
G-B IMPORTS
GLENDALE DATSUN
GRANADA DATSUN, INC.
HARBOR DATSUN, INC.
HEIKES OLDSMOBILE-CADILLAC-GMC, INC.
MEMET DATSUN, INC.
IMPERIAL DATSUN, INC.
LE MANS DATSUN
MARSHALL DATSUN, INC.
GENE McBRIDE DATSUN
MOON DATSUN
BOB NOLAN, INC.
ONTARIO DATSUN, INC.
VIRGIL OYLER MOTORS, INC.
PAGE DATSUN
POMONA VALLEY DATSUN
QUALITY DATSUN IMPORTS
SIERRA MOTORS
SUN DATSUN
TED BLOCK DATSUN
TORRANCE DATSUN
WALLY TUCKER DATSUN
PETER WEST DATSUN
WESTLAND DATSUN
(continued next column)

WILLIAMS CHRYSLER PLYMOUTH, INC.
INDIO DATSUN
AL PIANO DATSUN
CORONA DATSUN
FULLERTON DATSUN
GARDEN GROVE DATSUN
Harrison W. Hertzberg, Esquire
Suite 1418, Tishman Building
3550 Wilshire Boulevard
Los Angeles, California 90010

GARDENA DATSUN, INC.
Axelrad, Sevilla & Ross
Suite 400, Clubview Building
10203 Santa Monica Boulevard
Los Angeles, California 90067

FORREST DATSUN, DOWNTOWN DATSUN
CAMINO DATSUN and SANTA CRUZ DATSUN
Henry Cohen, Esquire
Anixter & Aronson
Post Office Box 231
Burlingame, California 94010

BALBOA MOTORS
TERRY ALLEN AUTOS
ROGERS & ROGERS, INC.
ESCONDIDO DATSUN, INC.
SURFSIDE DATSUN, INC.
SAN DIEGO DATSUN
PACIFIC DATSUN, INC.
Lawrence A. Patton, Esquire
Scales, Patton, Ellsworth & Corbett
2150 Southern California First National Bank Building
530 "B" Street
San Diego, California 92101

CULVER CITY DATSUN
Levinson, Rowen & Leavy
8th Floor, 8601 Wilshire Boulevard
Beverly Hills, California 90211

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

BERKELEY DATSUN
Philip H. Angell, Esquire
Samuel L. Holmes, Esquire
Angell, Adams & Holmes
200 Bush St., Suite 1400
San Francisco, California 94104

BRANSON AUTO, INC.
Clayton D. Wilson, Esquire
Pike, Wilson & Cosso
10816 East Valley Boulevard
El Monte, California 91734

BOOKOUT DATSUN
Lloyd L. Hicks, Esquire
Bradley, Conn & Hicks
Post Office Box 407
Visalia, California 93277

DRAGONETTI MOTORS, INC.
Stephen C. Tausz, Esquire
Bronson, Bronson & McKinnon
555 California Street
San Francisco, California 94104

STIGALL MOTORS, INC.
James T. Kennedy, Esquire
O'Gara and McGuire
Suite 950, Alcoa Building
One Maritime Plaza
San Francisco, California 94111

~~SAN JOSE DATSUN
David E. Neal, Esquire
1111 Fox Plaza
San Francisco, California 94102~~

PARK MOTORS, INC.
FINLEY BROTHERS
VARSITY DATSUN, INC.
RIVIERA MOTORS
HAYWARD DATSUN, INC.
GENE McBRIDE DATSUN
DALY CITY DATSUN
MANTECA DATSUN
THIEL MOTORS DATSUN
MOUNTAIN MOTORS
NORBERG'S MOTOR CENTER, INC.
WALT MARTIN MOTORS, INC.
WINTER MOTOR CO., INC.
KENDALL MOTOR CO., INC. (SALINAS)
SAN LEANDRO DATSUN
KENDALL MOTORS CO., INC. (SEASIDE)
TAHOE VALLEY MOTORS
CENTRAL MOTORS DATSUN, INC.
DAVE HART DATSUN
RONTELL'S
MERCED DATSUN
Harold C. Wright, Esquire
D. Gerald Brown, Esquire
Brown, Wright & Kucera
2500 EL CAMINO REAL, SUITE 411
PALO ALTO, CALIFORNIA 94596

- RAY COKELEY MOTORS
- DALAND DATSUN, INC.
- McCREA DATSUN
- WALNUT CREEK DATSUN, INC.
- UKIAH DATSUN
- VALLEY IMPORTED CARS
- CLYDE CARBONNEAU MOTORS
- AUTOPACIFIC, INC.
- BAUER AUTO SALES, INC.

NEVADA COUNTY IMPORTS
VALLEJO DATSUN

Ronald W. Edgeman, Esquire
Levinson & Edgeman
150 Post Street
San Francisco, California 94108

MILLER IMPORTS, INC.
LONG BEACH DATSUN
PASADENA DATSUN
CHESTER PALMER DATSUN, INC.
Richard H. Cooper, Esquire
Freshman, Marantz, Comsky & Deutsch
9171 Wilshire Blvd., Suite 530
Beverly Hills, California 90210

NOVATO DATSUN, INC.
ANNEX MOTORS
Alfred Dovbish, Esquire
Vallarino, Costamagna & Morehouse
4340 Redwood Highway
San Rafael, California 94903

MELLOY BROTHERS, INC. (MELLOY DATSUN)
ALBUQUERQUE DATSUN, INC.
Joseph R. McNeany, Esquire
McNeany, Rose and Sholer
Suite 307 - 318 Simms Building
Albuquerque, New Mexico 87101

LAMBRECHT IMPORTS, LTD.
Francis A. Casserly, Esquire
Biggs, Curtis, Casserly & Barnes
135 North Meramec, Suite 411
Clayton, Missouri 63105

BALCH PONTIAC-BUICK d/b/a
COUNTRY BOY DATSUN
William R. Breetz, Jr., Esquire
Reid & Riege, P.C.
One Constitution Plaza
Hartford, Connecticut 06103

TURNER MOTORS
Harold C. Wright, Esquire
D. Gerald Brown, Esquire
Brown, Wright & Kucera
Stanford Financial Square
2600 El Camino Real, Suite 411
Palo Alto, California 94306

BENDER OLDS-CADILLAC, INC.
Reuben E. Nieves, Esquire
Gore & Nieves
708 Mitchell Street
Post Office Drawer 1079
Clovis, New Mexico 88101

MID-MO DATSUN
CARMICHAEL DATSUN, INC.
KELLEY DATSUN - VOLVO
TRI STATE IMPORT CARES, INC.
M & G MOTOR CO., INC.
STARWALT AUTO SALES, INC.
Thomas F. Wack, Esquire
Armstrong, Teasdale, Kramer & Vaughan
611 Olive Street - Suite 1950
St. Louis, Missouri 63101

IDEAL OLDSMOBILE, INC.
Thomas L. Bace, Esquire
Hiering, Grasso, Gelzer & Kelaher
Post Office Box 1028, Hiering Bldg.
Court House Square
Toms River, New Jersey 08753

SOLOMON DODGE, INC.
ED ROTH, INC.
ED ROTH & SON, INC.
Alfred L. Kettell, Jr., Esquire
Souter and Kettell
44 Nassau Street
Princeton, New Jersey 08540

SOMERSET CAR WASH, INC. t/a SOMERSET DATSUN
William T. Kelleher, Esquire
Kelleher and Ortman
23 Maple Street
Somerville, New Jersey 08876

UNIVERSAL CITY DATSUN, INC.
GILLIGAN MOTORS, INC. (Sued as GILLILAN DATSUN)
Murray M. Fields, Esquire
Buchalter, Nemer, Fields & Savitch
727 West Seventh Street
Los Angeles, California 90017

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

BOULEVARD DATSUN, INC.
PLATTE AVENUE DATSUN, INC.
DAN UNFUG MOTORS, INC.  d/b/a
   CENTRAL DATSUN, INC.
KURLAND MOTORS CORP.
FRANK TIPTON & MILDRED TIPTON
   d/b/a ECONOMY MOTORS
ARAPAHOE DATSUN INC. d/b/a
   THOROUGHBRED DATSUN
DICK'S DATSUN SALES & SERVICE, INC.
DICK WHEELER INC.
M. J. MATTAS, E. C. EISENHOWER &
   J. E. EISENHOWER d/b/a MATTAS MOTORS
EHRLICH MOTORS INC.
Harry L. Arkin, Esquire
Arkin and Hanlon
1310 Western Federal Savings Bldg.
Denver, Colorado  80202

GALLUP AUTO SALES, INC.
ALAMO MOTORSPORT, INC.
Denny, Glascock and McKim
Post Office Box 1059
Gallup, New Mexico  87301

ARREL DATSUN, INC.
ALL BRANDS AUTO SALES, INC. (Improperly
   Paul R. Bodrato & Roger Bodrato)
OXFORD MOTORS
Gerald Breitenstein, Esquire
Breitenstein & Browne
235 Closter Dock Road
Closter, New Jersey  07624

PAUL JASKOWSKI, MARY JASKOWSKI, INC.
   t/a ACME DATSUN
William F. McCloskey, Jr., Esquire
71 Paterson Street
Post Office Box 468
New Brunswick, New Jersey  08903

LABRIOLA MOTORS, INC.
Martin M. Barger, Esquire
Reussille, Cornwell, Mausner & Carotenuto
34 Broad Street
Red Bank, New Jersey  07701

CALVIN GOINS d/b/a GOINS DATSUN SALES
B. R. Baldock, Esquire
Sanders, Bruin & Baldock
J. P. White Building
Post Office Box 550
Roswell, New Mexico  88201

FELIX F. CALLARI, INC. d/b/a
   CONTINENTAL MOTORS
Everett P. Sherwood, Esquire
Sherwood and Sherwood
300 Main Street
Stamford, Connecticut  06901

PHILIP NORNUNG, INC. t/a HORNUNG
   AUTOMOTIVE SALES & SERVICE
Samuel B. Lesser, Esquire
Meyers, Lesser & Aspero
Post Office Box 786
1 Professional Quadrangle
Sparta, New Jersey  07871

B & M MOTORS, INC.
Lewis W. Maples, Esquire
Maples & Ewert, Associates
Post Office Box 1235
Kingsville, Texas  78363

TONY PIET MOTOR SALES, INC.
John F. McCarthy, Esquire
McCarthy and Levin
100 West Monroe - Suite 2000
Chicago, Illinois  60603

CHARLIE BROWN IMPORTS, INC.
HOWARD'S DATSUN MOTORS, INC.
Irving L. Cooper, Esquire
Cupples, Cooper & Haller, Inc.
7751 Carondelet Avenue
Clayton, Missouri 63105

EDWARD J. WILSON'S SONS, INC.
David T. Ryan, Esquire
Cooney, Scully and Dowling
266 Pearl Street
Hartford, Connecticut 06103

BOB SHARP LEASING, INC.
Edward F. Hennessey, Esquire
Robinson, Robinson & Cole
799 Main Street
Hartford, Connecticut 06103

TORVICK INVESTMENT CO., INC.
L. Lawrence Bernheim, Esquire
Spridgen, Barrett, Achor, Luckhardt, Anderson & James
120 D Street - P. O. Box 1498
Santa Rosa, California 95403

RICK'S AUTO SALES, INC.
Michael H. Hochman, Esquire
Miller, Hochman, Meyerson & Miller
40 Journal Square, Suite 407
Jersey City, New Jersey 07306

KEN KEEGAN IMPORTED CARS
Daniel E. Donovan, Esquire
20440 Town Center Lane
Cupertino, California 95014

UNIVERSAL IMPORTS LTD., INC.
William L. Boyan, Esquire
835 Berkeley Avenue
Trenton, New Jersey 08618

JULIAN'S MOTORS, INC.
Thomas W. Johnston, Esquire
Chadwell, Keck, Ruggles, McGee & Hastings
135 South LaSalle Street
Chicago, Illinois 60603

Complete list of parties on p 7b

SAM MOSER MOTORS/B&M MOTORS
DUPRIEST DATSUN, INC.
ARLINGTON DATSUN, INC.
IMPORT MOTORS INC.
FULLERS MOTOR CO.
GALLERY DATSUN
ED HICKS DATSUN
THE NEW DATSUN CO., INC.
TROPHY DATSUN
ISENHOUR SERVICE CENTER INC.
NORTHEAST DATSUN
SMITH DATSUN
EARL HUGHES DATSUN, INC.
YOKEM DATSUN
BANKSTON DATSUN IN IRVING, INC.
JACK LONG MOTORS
DOTSON DATSUN, INC.
FIELD MOTOR CO. OF TEXAS, INC.
THE CALMBACH CO., INC.
YOUNGER MOTORS, INC.
PETE MANKINS PONTIAC, INC.
BRYSON AUTO CENTER
JORDAN MOTOR CO., INC.
BIRGE MOTOR COMPANY
Richard A. Whiting, Esquire
Daniel J. Plaine, Esquire
Steptoe & Johnson
1250 Connecticut Ave., N.W.
Washington, D.C. 20036

GRANETO DATSUN, INC.
James M. Byrne, Esquire
Leadlove & Byrne
1015 Locust St., Suite 416
St. Louis, Missouri 63101

TURTLE MOTORS, INC.
Kalman A. Sachs, Esquire
Sachs, Sachs & Sachs
389 Orange Street
New Haven, Connecticut 06511

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

TURNBULL & GAMBLE, INC.
Maxwell Blecher, Esquire
612 S. Flower St., Suite 1250
Los Angeles, California 90017

~~MITCHELL MOTOR CO.~~
~~Coouch, Parr & Herring~~
~~Post Office Drawer 850~~
~~Las Cruces, New Mexico 88001~~

~~VALLEY DATSUN SALES & SERVICE~~
~~Clement Koogler, Esquire~~
~~Post Office Drawer A~~
~~Aztec, New Mexico 87410~~

BARRINGTON MOTOR SALES & SERVICE INC.
Harry D. Laver, Esquire
10 S. LaSalle Street
Chicago, Illinois 60603

CARRERA MOTORS, INC.
Mollatto, Stein & Grossman
77 W. Washington Street
Chicago, Illinois 60603

~~SONDAG DATSUN, INC.~~
~~Earl E. Pollack, Esquire~~
~~69 W. Washington Street~~
~~Chicago, Illinois 60603~~

Complete list of PARTIES ON P. 7b

BRISTOL MOTORS, INC.
John M. Lore, Esquire
DeMarco and Lore
350 North Avenue
Dunellen, New Jersey 08812

BENJAMIN E. WILSON d/b/a
WILSON MOTORS and
FRANCES O. WILSON
Peter K. Culhane, Esquire
Santaniello, Culhane & Allen
Two Mott Avenue
P.O. Box 756
Norwalk, Connecticut 06852

B. J. AUTO IMPORTS
Howard S. Greenberg, Esquire
Ravin & Ravin
744 Broad Street
Newark, New Jersey 07102

AUTO IMPORTS OF MORRIS COUNTY, INC.
Henry S. Gordon, Esquire
20 Park Place
Morristown, New Jersey 07960

GRANTZ DATSUN, INC.
Barry A. Perlow, Esquire
Horuvitz & Perlow
136 West Broad Street
Bridgeton, New Jersey 08302

PERCY L. WASHINGTON d/b/a
WASHINGTON'S AUTO SERVICE
Sidney I. Sawyer, Esquire
Philco, Sawyer & Newman
28 West Front Street
Keyport, New Jersey 07735

DECORMIER MOTOR SALES, INC.
Hillery J. Gallagher, Esquire
750 Main Street
Manchester, Connecticut 06040

SILVER CITY DATSUN
Patricio S. Sanchez, Attorney
Serna and Sanchez
P.O. Box 1025
Silver City, New Mexico 88061

DEBRECHT IMPORTS, LTD.
MID-MO DATSUN
CARMICHAEL DATSUN, INC.
KELLEY DATSUN - VOLVO
TRI STATE IMPORT CARS, INC.
M&G MOTOR CO., INC.
STARWALT AUTO SALES, INC.
NORTH COUNTY IMPORTS, INC.
MICHAEL IMPORTS
CHARLIE BROWN IMPORTS, INC.
HOWARDS DATSUN MOTORS, INC.
Joseph A. Murphy, Esquire
Lucas & Murphy
602 Laclede Gas Building
720 Olive Street
St. Louis, Missouri 63101

LOVELESS DATSUN
TWIN CITY DATSUN, INC.
G. William Rider, Esquire
Dibrell, Dibrell, Greer & Brown
One Moody Plaza
Galveston, Texas 77550

FERGUS DATSUN
David J. Griffin, Esquire
39 LaSalle Street
Chicago, Illinois 60602

CLAY BURKHARDT OLDSMOBILE - CADILLAC, INC.
Jerry A. Lewis, Esquire
Neal & Neal
Neal Building
P.O. Box 278
Hobbs, New Mexico 88240

MILTON WEISS, INC.
Alfred R. Belinkie, Esquire
Blawie & Belinkie
1016 Broad Street
P.O. Box 111
Bridgeport, Connecticut 06604

FRITZ'S BMW AND DATSUN
David A. Friedman, Esquire
Ridolfi and Friedman
10 Rutgers Place
Trenton, New Jersey 08618

FLETCHER LINCOLN - MERCURY CORP.
Philip I. Levitan, Esquire
17 Academy St.
Newark, New Jersey 07102

ALAMO MOTORSPORT, INC.
ALBUQUERQUE DATSUN, INC.
MELLOY DATSUN, INC.
VALLEY DATSUN SALES & SERVICE
B & B AUTO SALES
BENDER OLDS-CADILLAC, INC.
ERICKSON PONTIAC-OLDSMOBILE, INC.
GALLUP AUTO SALES, INC.
CLAY BURKHART OLDSMOBILE-CADILLAC, INC.
MITCHELL MOTOR CO.
CARMEAN MOTORS
LEA COUNTY MOTOR CO.
GOINS DATSUN SALES
AUTO TRADING POST, INC.
Peter J. Adang, Esquire
Modrall, Sperling, Roehl, Harris & Sisk
Public Service Building
Post Office Box 2168
Albuquerque, New Mexico 87103

TOM O'BRIEN
Richard V. Hollyer, Esquire
Dolan and Dolan
Newton, New Jersey 07860

MARMAC CHRYSLER-PLYMOUTH, INC. t/a MARMAC DATSUN
MARTIN CHRYSLER-PLYMOUTH, INC. t/a GUNDAKER DATSUN
Melvyn H. Bergstein, Esquire
Margolts & Bergstein
Six Pompton Avenue
Route 23
Cedar Grove, New Jersey 07009

20th CENTURY MOTORS, INC.
Robert P. Alliegro, Esquire
503 Lafayette Avenue
Hawthorne, New Jersey 07507

ARREL DATSUN, INC.
Gerald Breitenstein
Breitenstein & Browne
235 Closter Dock Road
Closter, New Jersey 07624

See p. 5

NAPOLI MOTORS INC.
Charles L. DeSiena, Esquire
239 Golden Hill St.
Bridgeport, Conn. 06604

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

BERRY DATSUN, INC.
CAR CITY DATSUN, INC.
JULIAN'S MOTORS, INC.
KINGMAN DATSUN, INC.
RICH MOTORS
JIM SMITH DATSUN, INC.
TRI-CITY DATSUN, INC.
HILL DATSUN, INC.
Thomas W. Johnston, Esquire
Brian J. Redding, Esquire
Chadwell, Kayser, Ruggles, McGee & Hastings
135 South LaSalle Street
Chicago, Illinois 60603

BARRINGTON MOTOR SALES & SERVICE, INC.
BIRD MOTOR COMPANY
TONY PIET MOTOR SALES, INC.
HENRY SUSK (Sued as HENRY SUSK DATSUN & HENRY SUSK PONTIAC CO.)
DATSUN MANNHEIM MOTORS, INC.
BORG PONTIAC, INC. (Sued as JERRY BORG DATSUN)
ERNIE McKAY, INC.
KICKERT DATSUN, INC.
HIGHLAND PARK DATSUN, INC.
TOWN & COUNTRY IMPORT CARS, INC.
MARC TERRY MOTOR CO., INC.
SONDAG DATSUN, INC.
DAN MILLER MOTOR, INC.
SCHMIDT MOTOR SALES, INC.
Earl E. Pollock, Esquire
Otis H. Halleen, Esquire
69 West Washington Street
Chicago, Illinois 60602

HENRIKSEN MOTORS, INC.
Caryl J. Sonnabend, Esquire
200 Woodport Rd., P.O. Box 697
Sparta, New Jersey 07871

SAN JOSE DATSUN
David E. Neal, Esquire
Wes Sage, Esquire
Robert J. Gelhaus, Esquire
299 California Avenue, #307
Palo Alto, California 94306

C&M MOTORS, INC.
Paul Bangiola, Esquire
Bangiola & Simon
555 Speedwell Avenue
Morris Plains, New Jersey 07950

LOUISIANA DEALER-DEFENDANTS (C-1)
Harry A. Rosenberg, Esquire
Phelps, Dunbar, Marks, Claverie & Sims
1300 Hibernia Bank Building
New Orleans, Louisiana 70112

GALESBURG DATSUN
Robert E. Levin, Esq.
McCarthy and Levin
100 West Monroe Street
Suite 2000
Chicago, Illinois 60603

| Plaintiff | Defendant |
|---|---|
| D-2 Henry H. Feikema, Esquire<br>Smith, Juster, Feikema, Haskvitz & Casserly<br>1250 Builders Exchange Building<br>Minneapolis, Minn. 55402 | Nissan Motor Co., Ltd.<br>Nissan Motor Co. in U.S.A.<br>Duane W. Krohnke, Esquire<br>Faegre & Benson<br>1300 Northwestern Bank Building<br>Minneapolis, Minn. 55402 |
| BRUCE A. RAIKEN, ETC. (D-3)<br>David Berger, Esq.<br>1622 Locust St.<br>Philadelphia, Pa. 19103<br><br>Harold E. Kohn, Esq.<br>1214 IVB Building<br>1700 Market St.<br>Philadelphia, Pa. 19103 | Win Stephens Classic Cars Inc.<br>Clay R. Moore, Esquire<br>Mackall, Crounse & Moore<br>1000 First National Bank Building<br>Minneapolis, Minn. 55402<br><br>Royal Datsun, Inc.<br>Sheldon D. Karlins, Esquire APP<br>Karlins, Grossman, Karlins, Siegel & Brill<br>512 Builders Exchange<br>Minneapolis, Minn. 55402<br><br>Viking Oldsmobile, Inc.<br>Robert A. Engeelke, Esquire<br>Maslon, Kaplan, Edelman, Borman, Brand & McNulty APP<br>Midwest Plaza West Building<br>Suite 1800<br>Minneapolis, Minn. 55402<br><br>Powerhouse, Inc.<br>Thomas A. Clure, Esquire<br>Mark T. Signorelli, Esquire<br>Van Evera, Mundt, Koskinen, Clure & Andrew<br>700 Tory Building<br>Duluth, Minnesota 55802 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

APPEARANCES HAVE NOT YET BEEN FILED ON BEHALF OF THE FOLLOWING DEALERS

Valley Datsun
301 E. Hobsonway
Blythe, California 92225

Sports Car Center (*)
58-885 Highway 111
Cathedral City, California 92234

Pierotti Motors, Inc. 3
35018 Fremont Boulevard
Fremont, California 94536

Nevada County Imports
716 E. Main
Grass Valley, California 95945

Valley Imported Cars
510 Soscol Avenue
Napa, California 94558

Perris Valley Datsun, Inc.
Second & "D" Streets
Perris, California 92370

H. L. Harris Chrysler-Plymouth, Inc.
472 E. Tenth Street
Pittsburg, California 94565

Redlands Datsun
1855 Industrial Park Ave.
Redlands, California 92373

Forrest Datsun, Inc.
480 Veterans Boulevard
Redwood City, California 94063

Al Adams Oldsmobile (*)
Cadillac Datsun
201 E. Ridgecrest Blvd.
Ridgecrest, California 93555

Downtown Datsun
443 West Santa Clara
San Jose, California 95110

Santa Ana Datsun, Inc.
2001 E. 17th Street
Santa Ana, California 92707

Santa Cruz Datsun
521 Front Street
Santa Cruz, California 95060

Crown Motor Co.
1847 N. Wilson Way
Stockton, California 92505

Milton Weiss, Inc.
425 North Avenue
Bridgeport, Connecticut 06606

Stephen Datsun, Inc.
1099 Farmington Avenue
Bristol, Connecticut 06010

Girard Motors, Inc.
Route 184
Groton, Connecticut 06340

DeCormier Motor Sales, Inc.
285 Broad Street
Manchester, Connecticut 06040

County Line Motors, Inc.
2191 Straits Turnpike
Middlebury, Connecticut 06762

Napoli Motors, Inc.
688 Bridgeport Ave.
Milford, Connecticut 06460

APPEARANCES HAVE NOT YET BEEN FILED ON BEHALF OF FOLLOWING DEALERS (CONTINUED)

Mac's Car City, Inc.
305 South Main Street
New Britain, Connecticut 06050

Statewide Motors, Inc.
Joseph H. Pellegrino, Esq.
Pellegrino, Pellegrino & Pellegrino
XXXXXXX
475 Whitney Ave.
New Haven, Conn.

Antonio Buick-Datsun-Open, Inc.
(formerly Datsun City, Inc.)
251 West Thames Street
Norwich, Connecticut 06360

Louis Sabelefski or Louis Sab d/b/a
Route 66 Datsun'
15 East Hampton Road
Portland, Connecticut 06480

The Barberino Brothers Inc.
505 N. Colony Street
Wallingford, Connecticut 06490

Charles S. Lyon & Son, Inc.
Boston Post Road
Westbrook, Connecticut 06498

Elmwood Car Sales, Inc.
988 New Britain Ave.
West Hartford, Connecticut 06110

Hackett Imported Cars, Ltd., Inc.
615 Riverside Avenue
Westport, Connecticut 06880

Windham Motors, Inc. (*)
1132 Main Street
Willimantic, Connecticut 06226

McKorkle Datsun, Inc. (*)
232 Broadway
Cape Girardeau, Missouri 63701

North County Imports, Inc.
235 South Florissant Road
Ferguson, Missouri 63135

Charles J. Michael
Myron E. Michael d/b/a
Michael Imports
5753 Troost Avenue
Kansas City, Missouri 64110

Jimmie Himmel Datsun Co. (*)
633 Willow Street
Beaumont, Texas 77704

Joe Hicks Motor Co. (*)
504 East Third Street
Big Spring, Texas 79720

Denton Saab Sales
611 South Elm Street
Denton, Texas 76201

Loveless Datsun
241 Church
Galveston, Texas 77107

Valley Datsun
2031 N. 77 Sunshine Strip
Harlingen, Texas 78550

Gulfway Datsun
5330 Gulf Freeway
Houston, Texas 77023

Southwest Datsun
5727 Westheimer
Houston, Texas 77023

Yancey Motors (*)
4500 San Bernardo
Laredo, Texas 78040

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

APPEARANCES HAVE NOT YET BEEN FILED ON BEHALF OF FOLLOWING DEALERS (CONTINUED)

O'Connor Motors, Inc.
6523 Avenue H
Lubbock, Texas 79404

Turner Datsun, Inc.
229 N. Chadbourne
San Angelo, Texas 76901

[illegible] City Datsun, Inc.
33[illegible] Highway 1756
Texas City, Texas 775[illegible]0

John Rogers Pontiac, Inc.
1552 West Erwin
Tyler, Texas 75701

[illegible] Auto Center
14[illegible] Pat Booker Road
Universal City, Texas 78148

Waco Datsun Sales
1415 Franklin Avenue
Waco, Texas 76701

Gratz Datsun, Inc.
87[illegible] N. Pearl Street
Bridgeton, New Jersey 08302

Henriksen Motors, Inc.
Route 2[illegible]
Cranberry Lake, New Jersey

B & J Auto Imports, Inc.
25 E. Madison Avenue
Dumont, New Jersey

Tom O'Brien Imported Cars
801 Lafayette Avenue
Hawthorne, New Jersey

Arrel Datsun, Inc.
105 Route 22
Hillside, New Jersey

Auto Imports of Morris County, Inc.
95 Morris Street
Morristown, New Jersey

Springfield Imported Motors, Ltd.
146-154 Route 22
Springfield, New Jersey

20th Century Motors, Inc.
440 Route 46
Totowa, New Jersey

Martin Chrysler-Plymouth, Inc. t/a
Gundaker Datsun
511 F Street
Belmar, New Jersey 07719

Marmac Chrysler-Plymouth, Inc. t/a
Marmac Datsun
136 Engle Street
Englewood, New Jersey

APPEARANCES HAVE NOT YET BEEN FILED ON BEHALF OF FOLLOWING DEALERS (CONTINUED)

Fletcher Lincoln-Mercury Corp. t/a
Fletcher Datsun
68 River Road
Summitt, New Jersey

Matthew M. Della Vecchia, Sr.
Matthew M. Della Vecchia, Jr.
Carmen Della Vecchia, Ind., t/a
C & M Motor Sales
Route 10 Denville, New Jersey

Percy L. Washington, Ind., t/a
Washington's Auto Service
370 Broad Street
Keyport, New Jersey

Henry J. Borgianini
Maurice T. Perrill[illegible], Ind., t/a
Fritz [illegible] Auto Sales & Service
1277-8[illegible] E. State Street
Trenton, New Jersey

B & B Auto Sales
401 S. Canyon
Carlsbad, New Mexico 88220

Erickson Pontiac-Oldsmobile, Inc.
1411 San Juan Boulevard
Farmington, New Mexico 87401

Clay [illegible]rkhart Oldsmobile-[illegible], Inc.
800 N. Turne[illegible]
Hobbs, New Mexico 88[illegible]

Carmean Motors
2200 N. Seventh Street
Las Vegas, New Mexico 87701

Lea County Motor Co.
223 S. Main
Lovington, New Mexico 88206

Auto Trading Post, Inc.
950 Cordova Road
Santa Fe, New Mexico 87501

Silver City Datsun
711 N. Bullard Street
Silver City, New Mexico 88061

Harvey Auto Sales
122 S. River
Aurora, Illinois 60604

Car City Datsun
Rte 4, Shattuc Road
Centralia, Illinois 62801

Kingman Datsun, Inc.
225 S Meyers Street
Champaign, Illinois 61820

Bird Motor Co.
1001 [illegible]issy Drive
Bloomington, Illinois 61701

Henry Susk Datsun
Henry Susk Pontiac Co.
1411 Lee Street
Des Plaines, Illinois 60016

Datsun Manheim Motors, Inc.
5601 S. LaGrange
LaGrange, Illinois 60525

Lipe Motors
1298 E. Eldorado
Decatur, Illinois 62521

Rich Motors
Route [illegible]
Dixon, Illinois 61021

Jerry Borg Datsun
2300 Ogden Avenue
Downers Grove, Illinois 60515

Ernie McKay, Inc.
750 Chicago Avenue
Evanston, Illinois

Galesburg Datsun, Inc.
1621 N. Henderson
Galesburg, Illinois 61401

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORPORATION ANTITRUST LITIGATION

APPEARANCES HAVE NOT YET BEEN FILED ON BEHALF OF FOLLOWING DEALERS (CONTINUED)

Kickert Datsun, Inc.
14720 S. Halsted
Harvey, Illinois

Highland Park Datsun, Inc.
2772 Skokie Highway
Highland Park, Illinois 60035

Hill Datsun, Inc.
1905 E. Court
Kankakee, Illinois

Libertyville Datsun Sales
1244 N. Milwaukee Avenue
Libertyville, Illinois 60048

Harjack Imports, Inc.
1001 Morrissy Drive
Bloomington, Illinois 61701

Prorok Motors, Inc.
4640 Southwest Highway
Oaklawn, Illinois 60453

Town & Country Import Cars, Inc.
845 W. Madison,
Oak Park, Illinois 61602

Marc Terry Motor Co., Inc.
500 E. Northwest Highway
Palatine, Illinois 60067

Jim Smith's Datsun, Inc.
1114 W. Main Street
Peoria, Illinois 61602

Broadway Imports, Inc.
4501 Broadway
Quincy, Illinois 62301

Anderson Datsun, Inc.
7420 Alpine Road
Rockford, Illinois 61111

Fergus Datsun
5240 Golf Road
Skokie, Illinois 60076

Berry Datsun, Inc.
2601 W. 6th Street
Springfield, Illinois 67203

Tri-City Datsun, Inc.
49 E. Edwardsville
Wood River, Illinois 62095

Dan Miller Motor, Inc.
3233 Sheridan Road
Zion, Illinois 60099

Schmidt Motor Sales, Inc.
3527-41 N. Western Avenue
Chicago, Illinois 60618

UNABLE TO LOCATE THE FOLLOWING DEFENDANTS (*)

- Al Adams Oldsmobile
- Windham Motors Inc.
- McKorkle Datsun, Inc.
- Jimmie Himmel Datsun Co.
- Joe Hicks Motor Co.
- Yancy Motors
- Sports Car Center

John Rogers Pontica, Inc.

| Plaintiff | Defendant |
|---|---|
| | Yuma Datsun, Inc.<br>Mr. H. Stuart Bradshaw<br>301 South 2nd Avenue<br>Yuma, Arizona |
| | D-9 Defendant Dealers<br>TONY'S DATSUN<br>John A. Emerson, Esq<br>Barber, Emerson, Six, Springer & Zimm<br>P.O. Box 666<br>Lawrence, Kansas 66044 |
| | TOPEKA DATSUN-VOLVO, INC.<br>Walter G. Stumbo, Esquire<br>Stumbo & Stumbo<br>2222 West 29th Street<br>Topeka, Kansas 66611 |
| | BOB BOTTOMLY DATSUN<br>Arthur H. Snyder, Esq.<br>216 West Second<br>P.O. Box 508<br>Hutchinson, Kansas 65701 |
| | JOHN NORTH FORD, INC.<br>Elvin D. Perkins, Esq.<br>401 Citizens Bank Bldg.<br>Emporia, Kansas 66801 |
| | MARSHALL MOTOR CO., INC.<br>C. L. Clark, Esquire<br>Clark, Mize & Linville<br>129 South Eighth street<br>Salina, Kansas 67401 |
| | N. J.'s MOTOR CO.<br>Albert L. Kamas, Esq.<br>Renter, Kamas & Kelly<br>612 Union National Bldg.<br>Wichita, Kansas 67202 |
| | KEY, INC.<br>Robert C. Londerholm, Esquire<br>Hackler, Londerholm, Speer, Vader & Austin<br>P.O. Box 1<br>201 North Cherry<br>Olathe, Kansas |
| IMPORT PLAZA MOTORS, INC.<br>3030 Kansas Avenue<br>Topeka, Kansas 66612 | ZANE GRAY, ZANE GRAY MOTORS<br>David M. Mills, Esquire<br>Dale, Hickman & Mills<br>Home National Bank Bldg.<br>P.O. Box 896<br>Arkansas City, Kansas |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 120 -- IN RE NISSAN MOTOR CORP. ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| | NISSAN MOTOR CO. |
| | D-4 John J. Bouma, Esquire<br>Snell & Wilmer<br>3100 Valley Center<br>Phoenix, Arizona 85073 |
| | D-5 Charles F. Hinkle, Esquire<br>Davies, Biggs, Strayer, Stoel & Boley<br>Twenty-Third Floor<br>900 S.W. Fifth Avenue<br>Portland, Oregon 97204 |
| | D-6 John R. Phillips, Esquire<br>Blackwell, Sanders, Matheny, Weary & Lombardi<br>Five Crown Center<br>2480 Pershing Road<br>Kansas City, Missouri 64108 |
| | D-7 Myron N. Krotinger, Esq.<br>Burke, Haber & Berick<br>Fifteen Floor<br>Central National Bank Bldg.<br>Cleveland, Ohio 44114 |
| | D-8 John J. Burkaty, Esquire<br>727 Ann<br>Kansas City, Kansas |
| | John P. Lynch, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

Docket No. 120 -- In re Nissan Motor Corp. Antitrust Litigation

| No. | Plaintiff | Defendant |
|---|---|---|
| D-9 | ~~Michael H. Fishman, Esquire<br>Kuraner, Dingman, Brookus,<br>Kinton & Love<br>1111 United Missouri Bank Bldg.<br>Kansas City, Missouri 64106~~<br><br>Joe L. Norton, Esquire<br>Breyfogle, Gardner, Martin<br>David & Kreamer<br>Court Square Building<br>110 South Cherry<br>Olathe, Kansas 60611 | TONY'S DATSUN<br>John A. Emerson, Esquire<br>Barber, Emerson, Six, Springer<br>& Zimn<br>Post Office Box 666<br>Lawrence, Kansas 66044<br><br>TOPEKA DATSUN-VOLVO, INC.<br>Walter G. Stumbo, Esquire<br>Sumbo & Stumbo<br>2222 West 29th Street<br>Topeka, Kansas 66611<br><br>NISSAN MOTOR CO.<br>John J. Bukaty, Esquire<br>727 Ann<br>Kansas, City, Kansas<br><br>Blackwell, Sanders, Matheny, WEary<br>& Lombardi<br>~~William H. Sanders, Esquire~~<br>~~5 Crown Center~~<br>~~2480 Pershing Road~~<br>~~Kansas City, Missouri 64108~~<br><br>BOB BOTTOMLY DATSUN<br>Arthur H. Snyder, Esq.<br>216 West Second<br>P.O. Box 508<br>Hutchinson, Kansas 65701<br><br>JOHN NORTH FORD, INC.<br>Elvin D. Perkins, Esq.<br>401 ~~Citizens~~ Bank Bldg.<br>Emporia, Kansas 66801<br><br>MARSHALL MOTOR CO., INC.<br>C. L. Clark, Esquire<br>Clark, Mize & Linville, Chartered<br>129 South Eighth Street<br>P.o. Box 1343<br>Salina, Kansas 67401 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | M. J.'s Motor Co.<br>Albert L. Kamas, Esquire<br>Renter, Kamas & Kelly<br>612 Union National Building<br>Wichita, Kansas 67202<br><br>KEY, INC.<br>Robert C. Londerholm, Esquire<br>Hackler, Londerholm, Speer,<br>Vader & Austin<br>P.O. Box 1<br>201 North Cherry<br>Olathe, Kansas<br><br>Zane Gray, Zane Gray Motors<br>David M. Mills, Esquire<br>Dale, Hickman & Mills<br>Home National Bank Building<br>P.O. Box 896<br>Arkansas City, Kansas 67005<br><br>Import Plaza Motors, Inc.<br>3030 Kansas Avenue<br>Topeka, Kansas 66612 |

| | Plaintiff | Defendant |
|---|---|---|
| E-1 | James C. Hickey, Esquire<br>Ewen, MacKenzie & Peden<br>2100 Commonwealth Building<br>Louisville, Kentucky 40202 | INVIU DATSUN DEALERS<br>James T. Carey, Esquire<br>Carey & Costelle<br>422 Marion E. Taylor Bldg.<br>Louisville, KY 40202<br><br>John P. Kirkham, Esquire<br>1404 South Virginia St<br>Hopkinsville, KY 42240<br><br>NISSAN<br>Ernest Williams, Esquire<br>Ogden, Robertson & Marshall<br>One Riverfront Plaza<br>Louisville, KY 40202<br><br>WARREN-PROCTOR<br>William S. Wetterer, Jr., Esquire<br>Legal Arts Building<br>200 South Seventh St.<br>Louisville, KY 40202<br><br>ESCUE PONTIAC, INC.<br>Howell W. Vincent, Esquire<br>130 Park Place<br>Covington, Kentucky 41011 |